UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI BAXTER, | ) |
|                *Plaintiff*, | ) ) ) |
|                *vs.* | )   No. 1:17-cv-03037-JMS-MJD ) |
| MED-1 SOLUTIONS, LLC, | ) ) |
|                *Defendant*. | ) |

**ORDER**

Plaintiff Brandi Baxter filed an Acceptance of Offer of Judgment on October 11, 2017, advising that she has accepted Defendant Med-1 Solutions, LLC's Offer of Judgment. [Filing No. 10; Filing No. 10-1.] The Court acknowledges Ms. Baxter's notice. To the extent that Ms. Baxter plans to seek attorneys' fees and costs, and if the parties cannot agree on the amount of those attorneys' fees and costs, the Court **ORDERS** Ms. Baxter to file a Petition by **November 29, 2017** with supporting documentation. The Court also **ORDERS** Ms. Baxter to file a Proposed Judgment by that date. Any pending deadlines and conferences are **VACATED**.

Date: 11/13/2017

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**