**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **Brandi Baxter,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.:1:17-cv-3037-JMS-MJD |
| | ) | |
| **Med-1 Solutions, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Brandi Baxter, by counsel, and Defendant, Med-1 Solutions, LLC, by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

/s/Richard R. Huston                                               /s/John T. Steinkamp
Richard R. Huston                                                   John Steinkamp
Counsel for Defendant                                             Counsel for Plaintiff
Med-1 Solutions, LLC                                               John Steinkamp & Associates
517 U.S. Highway 31 N.                                            5214 S. East St., Ste. D1
Greenwood, IN 46142                                               Indianapolis, IN 46227
Office: (317) 883-5614                                              Office: (317) 780-8300